**Order entered  February 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

**TADARROWL DERONE CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F13-57494-Y**

## ORDER

The reporter's record was originally due in this appeal on August 21, 2014. When the record was not filed by October 27, 2014, the Court ordered the trial court to make findings regarding the record.  On November 7, 2014, this Court ordered Sharon Hazlewood, then official court reporter of the Criminal District Court No. 7, to file the complete reporter's record by December 23, 2014.  When Ms. Hazlewood did not file the record by January 13, 2015, we issued an order that she file the record by 4:00 p.m., January 23, 2015.  We further ordered that Ms. Hazlewood not sit as a court reporter until the record is filed in this appeal.  To date, Ms. Hazlewood has neither filed the reporter's record nor communicated with the Court regarding the status of this record.  The appeal cannot proceed until the reporter's record is filed.

Accordingly, we **ORDER** the trial court to make findings regarding the following.

- Whether Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, has lost or destroyed the notes of the proceedings in this case.

- If the trial court finds that Sharon Hazlewood has not lost or destroyed the notes, the trial court shall next determine whether Ms. Hazlewood should be required to surrender her notes of the trial court proceedings in this case to the trial court for another court reporter to prepare the record.

- If the trial court determines that the notes should be surrendered, the trial court shall make a finding as to the name and contact information of the court reporter who will prepare and file the reporter's record.

- Because the record is already six months overdue and Ms. Hazlewood has been fully non-compliant with previous orders regarding the record, the Court will accept no finding that Sharon Hazlewood should be allowed to continue to work on the record absent a finding that Ms. Hazlewood has tendered a complete record, including all exhibits.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

Ms. Hazlewood remains under the Court's January 13, 2015 order that she not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; the Dallas County Auditor; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/     ADA BROWN
        JUSTICE